UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22347-Civ-Ungaro/Simonton

MARCUS D. MIMS,

    Plaintiff,

v.

ARROW FINANCIAL SERVICES, LLC,

    Defendant.
_____/

## INTERIM JOINT STATUS REPORT

In accordance with the Court's Order (DE 9), the parties submit the following Interim Joint Status Report:

1. Have all the defendants been served and answered the complaint?

   **Yes, the defendant has been served and filed an Answer and Affirmative Defenses.**

2. If this is a class action, has a motion for class certification been filed? If so, what is its status?

   **This is not a class action.**

3. Are there any motions pending?

   **Yes, Defendant's Motion to Dismiss for Lack of Jurisdiction, (DE 14). Plaintiff's response is due March 8, 2010.**

4. Have the parties filed their Notice of Selection of Mediator as required by the Court's Order of Referral of Mediator?

   **Yes, the Notice of Selection of Mediator has been filed.**

5. Have the parties agreed to a place, date and time for mediation and has the lead attorney for the plaintiff completed the form Order of Referral to Mediation and submitted it to the Court?

> **The parties are in discussion of mediation details, and will submit the Order of Referral to Mediation shortly.**

6. Have the parties engaged in informal settlement negotiations? If so, explain the extent of the negotiations. If not, explain the reason(s) for the failure to do so.

> **Yes, the parties have exchanged offers to settle the case.**

7. If the case is less than five days to try, have the parties conferred and have they agreed to trial before a United States Magistrate Judge, wherein a date certain for trial may be given?

> **Yes, the parties have conferred on this issue but do not agree to trial before a United States Magistrate Judge.**

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Steven M. Canter, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Barron, Newburger & Sinsley, PLLC |
| Fort Lauderdale, Florida 33339 | Suite 102 |
| Telephone: 954-537-2000 | 205 Crystal Grove Boulevard |
| Facsimile: 954-566-2235 | Lutz, FL 33548 |
| | Telephone: 866-476-9103 |
| | Facsimile: 813-949-6163 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Steven M. Canter |
| Donald A. Yarbrough, Esq. | Steven M. Canter, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22347-Civ-Ungaro/Simonton

MARCUS D. MIMS,

    Plaintiff,

v.

ARROW FINANCIAL SERVICES, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 2, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Steven M. Canter, Esq.
Barron, Newburger & Sinsley, PLLC
Suite 102
205 Crystal Grove Boulevard
Lutz, FL 33548
Telephone: 866-476-9103
Facsimile: 813-949-6163

Via Notices of Electronic Filing generated by CM/ECF