UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22347-Civ-Ungaro/Simonton

MARCUS D. MIMS,

    Plaintiff,

v.

ARROW FINANCIAL SERVICES, LLC,

    Defendant.
_____/

## **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, MARCUS D. MIMS, responds to the Court's Order to Show Cause, (DE 17) and states as follows:

1. Plaintiff's counsel failed to respond to Defendant's Motion (DE 14) by the March 8, 2010 due date due to illness.

2. Contemporaneous with this response, Plaintiff is filing an unopposed motion for an extension of one week to file his response.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Ft. Lauderdale, FL 33339
    Telephone: 954-537-2000
    Facsimile: 954-566-2235
    donyarbrough@mindspring.com

By: s/Donald A. Yarbrough
   Donald A. Yarbrough, Esq.
   Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22347-Civ-Ungaro/Simonton

MARCUS D. MIMS,

    Plaintiff,

v.

ARROW FINANCIAL SERVICES, LLC,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 11, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Donald A. Yarbrough
                                              Donald A. Yarbrough, Esq.

**SERVICE LIST**

Ms. Barbara A. Sinsley, Esq.
Barron, Newburger & Sinsley, PLLC
Suite 102
205 Crystal Grove Blvd.
Lutz, FL 33548
Telephone: 813-500-3636
Facsimile: 813-949-6163

Via Notices of Electronic Filing generated by CM/ECF