UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22347-Civ-Ungaro/Simonton

MARCUS D. MIMS,

    Plaintiff,

v.

ARROW FINANCIAL SERVICES, LLC,

    Defendant.

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

    Plaintiff, Marcus D. Mims, files this Unopposed Motion for Extension of Time in which to file Plaintiff's Opposition to Defendant's Motion to Dismiss (DE 14) and, in support thereof, states as follows:

    1.    Plaintiff's response was due March 8, 2010.

    2.    Plaintiff's counsel contracted a serious respiratory illness on Friday, March 5, 2010 a condition which is continuing. On Monday, March 8, 2010, Plaintiff's counsel made three telephone calls to Defendant's counsel's office and cellular telephone seeking the courtesy of an extension. Messages were left but the calls were not returned. Instead, Defendant's counsel filed a notice (DE 16) on March 10, 2010 stating that the motion was unopposed. The motion is not unopposed. Defendant's counsel has today consented in writing to this request for extension. Plaintiff's counsel has made arrangements for the assistance of other counsel in preparing the response.

3. Plaintiff knows of no prejudice that would occur to Defendant should the Court grant the relief sought herein.

### CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)

Defendant's counsel, Barbara A. Sinsley, has stated in writing today that Defendant does not oppose this request.

WHEREFORE, Plaintiff requests this Court permit additional time up to and including March 18, 2010, in which to file Plaintiff's Opposition to Defendant's Motion to Dismiss.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22347-Civ-Ungaro/Simonton

MARCUS D. MIMS,

    Plaintiff,

v.

ARROW FINANCIAL SERVICES, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 11, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                  s/Donald A. Yarbrough
                                  Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara A. Sinsley, Esq.
Barron, Newburger & Sinsley, PLLC
Suite 102
205 Crystal Grove Blvd.
Lutz, FL 33548
Telephone: 813-500-3636
Facsimile: 813-949-6163

Via Notices of Electronic Filing generated by CM/ECF