UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22347-Civ-Ungaro/Simonton

MARCUS D. MIMS,

     Plaintiff,

v.

ARROW FINANCIAL SERVICES, LLC,

     Defendant.

_____/

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

This Court having been presented Plaintiff's Motion for Extension of Time to File Plaintiff's Opposition to Defendant's Motion to Dismiss (DE 9 ), and having reviewed same and being otherwise duly advised in the premises it is hereupon,

ORDERED AND ADJUDGED that said Motion be and the same is hereby GRANTED. Plaintiff shall have up to and including March 18, 2010 in which to file Plaintiff's Opposition to Defendant's Motion to Dismiss.

DONE AND ORDERED in the Southern District of Florida this 12 day of March, 2010.

URSULA M. UNGARO
United States District Judge

cc:    Donald A. Yarbrough, Esq., Counsel for Plaintiff
       Barbara A. Sinsley, Esq., Counsel for Defendant