UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22347-Civ-Ungaro/Simonton

MARCUS D. MIMS,

    Plaintiff,

v.

ARROW FINANCIAL SERVICES, LLC

    Defendant.
_____/

## JOINT STIPULATION FOR PARTIAL DISMISSAL

The parties have reached a partial settlement. Defendant has offered to pay Plaintiff $2,000.00 plus reasonable attorney fees and costs in exchange for Plaintiff's Dismissal with prejudice of his claims under the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act. Plaintiff has accepted the offer. Accordingly, the parties stipulate to a Dismissal with prejudice of Plaintiff's claims under the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act, with the Court to reserve jurisdiction regarding Plaintiff's reasonable attorney fees and costs regarding these two claims. Plaintiff is prevailing party for the purposes of determining Plaintiff's attorney fees and costs. If the parties are unable to resolve the matter of attorney fees and costs by agreement, Plaintiff shall file a motion within 30 days of issuance of the Court's order. This dismissal does not affect Plaintiff's claims under the Telephone Consumer Protection Act.

Donald A. Yarbrough, Esq.  
Attorney for Plaintiff  
Post Office Box 11842  
Fort Lauderdale, Florida  33339  
Telephone: 954-537-2000  
Facsimile: 954-566-2235  

Barbara A. Sinsley, Esq.  
Attorney for Defendant  
Barron, Newburger & Sinsley, PLLC  
Suite 102  
205 Crystal Grove Blvd.  
Lutz, FL 33548  
Telephone: 813-500-3636  
Facsimile: 813-949-6163  


By:  /s/ Donald A. Yarbrough  
Donald A. Yarbrough, Esq.  

By: /s/ Barbara A. Sinsley  
Barbara A. Sinsley, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22347-Civ-Ungaro/Simonton

MARCUS D. MIMS,

    Plaintiff,

v.

ARROW FINANCIAL SERVICES, LLC,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 25, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

**SERVICE LIST**

Ms. Barbara A. Sinsley, Esq.
Barron, Newburger & Sinsley, PLLC
Suite 102
205 Crystal Grove Blvd.
Lutz, FL 33548
Telephone: 813-500-3636
Facsimile: 813-949-6163

Via Notices of Electronic Filing generated by CM/ECF