UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-CV-22347-Ungaro

MARCUS D. MIMS,

    Plaintiff,

v.

ARROW FINANCIAL SERVICES, LLC,

    Defendant.

_____/

**PLEASE TAKE NOTICE** the above-caption matter has been set Status Conference before the Honorable **URSULA UNGARO**, at the United States District Court, 11th Floor, 301 N. Miami Avenue, Miami, Florida on **MAY 11, 2012 at 11:00 A.M.** Counsel for the Plaintiff and Defendants are directed to file and serve a **Joint Status Report THREE (3) DAYS** before the hearing reciting the following:

    1. A plain statement of the nature of the claims that remain pending in this case and any counterclaim, cross-claim, or third-party claim, **including the maximum amount of damages claimed and any other relief sought (including whether either party intends to seek attorneys fees in this case, and if so, in what approximate amount).**

    2. A brief summary of facts which are uncontested or which can be stipulated to without discovery.

    3. A brief summary of the issues as presently known.

    4. A summary of any pending motions.

    5. The progress of discovery in the case, and the approximate time at which the case will be ready for trial/and or final pretrial conference.

    6. The projected time necessary for trial, and a statement of whether the case is jury or non-jury.

7. Any unique legal or factual aspects of the case requiring special consideration by the Court.

8. Any potential need for references to a special master or magistrate.

9. Status of any potential settlement.

In the event that motion(s) are pending before the Court at the time of the status conference, the parties shall be prepared to argue, at the Court's discretion, the merits of such motion(s).

**DONE and ORDERED** this 1st day of May, 2012 at Miami, Dade County, Florida.

*/s/ Ursula Ungaro*
_____
**URSULA UNGARO, U.S.D.J.**

cc:  Counsel of Record