Filed by ELECTRONIC

MAY 30 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 30, 2012

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

Appeal Number: 10-12077-DD
Case Style: Marcus Mims v. Arrow Financial Services, LLC
District Court Docket No: 1:09-cv-22347-UU

The enclosed judgment is hereby issued as the mandate of this court.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Cacelia Williams
Phone #: (404) 335-6190

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 10-12077

_____

District Court Docket No.
1:09-cv-22347-UU

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 23, 2012
JOHN LEY
CLERK

MARCUS D. MIMS,

    Plaintiff - Appellant,

versus

ARROW FINANCIAL SERVICES, LLC,

    Defendant - Appellee.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 23, 2012
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

Issued as Mandate
May 30, 2012

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-12077
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 23, 2012
JOHN LEY
CLERK

D.C. Docket No. 1:09-cv-22347-UU

MARCUS D. MIMS,

                                                  Plaintiff - Appellant,

versus

ARROW FINANCIAL SERVICES, LLC,

                                                  Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(April 23, 2012)

**ON REMAND FROM THE SUPREME COURT OF
THE UNITED STATES**

Before EDMONDSON, CARNES and MARTIN, Circuit Judges.

PER CURIAM:

In our prior decision, Mims v. Arrow Financial Services, LLC, 421 F. App'x 920 (11th Cir. 2010) (unpublished), we applied our binding precedent holding that Congress had granted state courts exclusive jurisdiction over private actions under the Telephone Consumer Protection Act, 47 U.S.C. § 227, and that federal courts lack subject matter jurisdiction over those lawsuits. See Nicholson v. Hooters of Augusta, Inc., 136 F.3d 1287, 1288–89 (11th Cir. 1998), abrogated by Mims v. Arrow Fin. Servs., LLC, 565 U.S. ___, 132 S.Ct. 740 (2012). Because we were bound by that precedent, we affirmed the district court's judgment dismissing for lack of subject matter jurisdiction Mims' complaint, which alleged that Arrow Financial Services, LLC violated the Telephone Consumer Protection Act. See Mims, 421 F. App'x at 921.

The Supreme Court reversed our judgment in the Mims case and remanded it to us. Mims, 132 S.Ct. at 753. In its Mims decision the Supreme Court held "that Congress did not deprive federal courts of federal-question jurisdiction over private TCPA suits," id. at 747, and that "federal law gives rise to the claim for relief Mims has stated and specifies the substantive rules of decision," id. at 753. In light of the Supreme Court's decision, the district court's judgment dismissing Mims' complaint for lack of subject matter jurisdiction is REVERSED and the case is REMANDED for further proceedings consistent with this opinion.