# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARCUS D. MIMS,   Case No.: 09-CV-22347-UNGARO

    Plaintiff,

vs.

ARROW FINANCIAL SERVICES, LLC.,

    Defendant.                    /

### DEFENDANT'S, ARROW FINANCIAL SERVICES, LLC, OFFER OF JUDGMENT

Defendant, ARROW FINANCIAL SERVICES, LLC., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 68, serves this Offer of Judgment upon Plaintiff, and states:

Defendant, ARROW FINANCIAL SERVICES, LLC., makes this offer to Plaintiff. The offer is to resolve claims that have been asserted by Plaintiff against Defendant, ARROW FINANCIAL SERVICES, LLC., regarding the alleged violations of the Telephone Consumer Protection Act ("TCPA") in the Complaint.

Defendant, ARROW FINANCIAL SERVICES, LLC., offers to pay to Plaintiff the amount of Forty Thousand and No/100 ($40,000) Dollars plus the recoverable costs then accrued to resolve the TCPA claims.

Defendant, ARROW FINANCIAL SERVICES, LLC., also offers to be enjoined through an injunction as requested in the operative Complaint as part of Plaintiff' TCPA claims, which Defendant understands would enjoin Defendant from making calls to Plaintiff on the cellular

Case No.: 09-CV-22347-UNGARO

telephone number at issue in this Action without his consent through the use of an automated telephone dialing system or prerecorded or artificial voice.

This offer is not an admission that Defendant is liable in this action or that Plaintiff has suffered damages as related to the TCPA claims.

This offer remains open for the fourteen (14) day period of time provided for in Federal Rule of Civil Procedure 68, as calculated by the Federal Rules of Civil Procedure

DATED: July 2, 2012.

_____
Barbara Fernández
Florida Bar No. 0493767
David P. Hartnett
bfernandez@hinshawlaw.com
dhartnett@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Boulevard
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant ARROW FINANCIAL SERVICES, LLC.

Case No.: 09-CV-22347-UNGARO

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2012, a copy of the foregoing was served via U.S. Mail upon the following:

Donald A. Yarbrough, Esq.
Post Office Box 11842
Ft. Lauderdale, FL 33339
Tel: 954-537-2000
Fax: 954-566-2235
donyarbrough@mindspring.com
Attorneys For Plaintiff

_____
Barbara Fernandez
Florida Bar No. 0493767
David P. Hartnett
bfernandez@hinshawlaw.com
dhartnett@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Boulevard
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant ARROW FINANCIAL SERVICES, LLC.