UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22347-Civ-Ungaro/Torres

MARCUS D. MIMS,

    Plaintiff,

v.

ARROW FINANCIAL SERVICES, LLC,

    Defendant.
_____/

### PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

Pursuant to Fed.R.Civ.P. 68, Plaintiff, Marcus D. Mims, files this Motion for Entry of Final Judgment against Defendant, Arrow Financial Services, LLC, and in support thereof states as follows:

1. On July 2, 2012, Defendant served on Plaintiff an Offer of Judgment pursuant to Fed.R.Civ.P. 68.

2. On July 16, 2012, Plaintiff accepted Defendant's Offer of Judgment. Plaintiff's acceptance was timely (DE 50).

3. Defendant's Offer of Judgment provides for entry of a Judgment of $40,000.00 in favor of Plaintiff, plus costs accrued to resolve the Telephone Consumer Protection Act claim, and a permanent injunction prohibiting Defendant from placing calls (other than a call made for emergency purposes or made with the prior express consent of the called party) to Plaintiff's cellular telephone, 305-609-6667, using an automatic telephone dialing system or pre-recorded or artificial voice.

## CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)

By service of its Offer in Judgment upon Plaintiff, Defendant has demonstrated its lack of opposition to the entry of Judgment.

WHEREFORE, Plaintiff requests this Court enter Final Judgment in favor of Plaintiff, Marcus A. Mims, and against Defendant, Arrow Financial Services, LLC, in the amount of $40,000.00 plus interest at the legal rate, costs accrued to resolve the Telephone Consumer Protection Act claim, and a permanent injunction prohibiting Defendant from placing calls (other than a call made for emergency purposes or made with the prior express consent of the called party) to Plaintiff's cellular telephone, 305-609-6667, using an automatic telephone dialing system or pre-recorded or artificial voice.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22347-Civ-Ungaro/Torres

MARCUS D. MIMS,

    Plaintiff,

v.

ARROW FINANCIAL SERVICES, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 16, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    s/Donald A. Yarbrough
                                                   Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
4 Floor
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: 305-428-5031
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF