UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22347-Civ-Ungaro/Torres

MARCUS D. MIMS,

    Plaintiff,

v.

ARROW FINANCIAL SERVICES, LLC,

    Defendant.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT AND FINAL JUDGMENT

THIS COURT having been presented Plaintiff's Motion for Entry of Final Judgment (DE 51) and being fully advised in the premises, it is

ORDERED AND ADJUDGED as follows: Plaintiff's motion (DE 51) is GRANTED. The Court enters Final Judgment in favor of the Plaintiff, Marcus D. Mims, and against Defendant, Arrow Financial Services, LLC, in the amount of $40,000.00 together with interest thereon at the legal rate from the date of this Final Judgment, plus costs accrued to resolve the Telephone Consumer Protection Act claim, and Defendant is enjoined from placing calls to Plaintiff's cellular telephone number, 305-609-6667, using any automatic telephone dialing system or an artificial or prerecorded voice, other than a call made for emergency purposes or made with the prior express consent of the called party, for all of which let execution issue.

DONE AND ORDERED in the Southern District of Florida this 17 day of July, 2012.

                                                  URSULA M. UNGARO
                                                United States District Judge

Copies furnished:
All Counsel of Record