UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22347-Civ-Ungaro/Torres

MARCUS D. MIMS,

    Plaintiff,

v.

ARROW FINANCIAL SERVICES, LLC,

    Defendant.
_____/

### PLAINTIFF'S MOTION TO TAX COSTS AND INCORPORATED MEMORANDUM OF LAW

Plaintiff, Marcus D. Mims, moves this Court to Tax Costs against Defendant, Arrow Financial Services, LLC, and, in support thereof, states as follows:

Pursuant to Fed. R. Civ. P. 54(d)(1), Plaintiff is entitled to the costs of this action as the prevailing party, and pursuant to Local Rule 7.3(c), an application for a bill of costs must be filed within thirty days of the entry of final judgment. The Court entered Final Judgment in this action in favor of Plaintiff on July 17, 2012 (DE 52). On August 16, 2012, Plaintiff moved for an unopposed extension of time of one day to file his bill of costs, due to hard drive failure (DE 54), which the Court has not yet ruled upon.

Pursuant to 28 U.S.C. § 1920, regarding the costs that may be taxed:

A judge or clerk of any court of the United States may tax as costs the following:

(1) Fees of the clerk and marshal;

(2) Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;

(3) Fees and disbursements for printing and witnesses;

(4) Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;

(5) Docket fees under section 1923 of this title [28 USCS § 1923];

(6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title [28 USCS § 1828].

28 U.S.C. § 1920.

Plaintiff has filed a Verified Bill of Costs and respectfully requests that costs be taxed against Defendant pursuant to 28 U.S.C. § 1920 and Fed. R. Civ. P. 54(d)(1) in the amount of $5,157.55, less $532.90 already paid by Defendant in February of this year, for a total of $4,624.65.

## SPECIFIC COSTS

1.  Plaintiff seeks an award of $770.00, comprising $455.00 for the cost of the filing fee for the United States Court of Appeals for the Eleventh Circuit, and $315.00 for the cost of the filing fee for the United States Supreme Court.

2.  Plaintiff seeks an award of $3,131.80 for the cost of making copies of materials necessarily obtained for use in this case.

3.  Plaintiff seeks an award of $1,255.75, comprising $255.75 for the fees of the court reporter for the deposition of Defendant, and $1,000.00 for the videoconferencing cost of the deposition of Defendant, which costs were necessarily incurred. United States EEOC v. W&O Inc., 213 F.3d 600 (11th Cir. 2000). Defendant did not object to the means of recordation of the deposition at the time of the notice, and

thus costs may be awarded pursuant to 28 U.S.C. §1920 for conducting the deposition in the manner noticed. <u>Morrison v. Reichhold Chemicals, Inc.</u>, 97 F.2d 460, 464 (11th Cir. 1996).

## **CERTIFICATION PURSUANT TO LOCAL RULE**

Plaintiff's counsel conferred with Defendant's counsel, David P. Hartnett, on this matter, and was unable to resolve the matter. Defendant objects to, among other things, the cost of copies, and also the cost of videoconferencing for Defendant's deposition.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22347-Civ-Ungaro/Torres

MARCUS D. MIMS,

    Plaintiff,

v.

ARROW FINANCIAL SERVICES, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>August 17, 2012</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      <u>s/Donald A. Yarbrough</u>
                                      Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
4 Floor
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: 305-428-5031
Facsimile: 305-577-1063

<u>Via Notices of Electronic Filing generated by CM/ECF</u>